Form 289

# UNITED STATES BANKRUPTCY COURT
Middle District of North Carolina
226 S. Liberty Street
Winston–Salem, NC 27101

Bankruptcy Case No.: 10−50351

IN THE MATTER OF:
Antonio Lamont Reynolds     xxx−xx−0838
Patrice Nicole Reynolds     xxx−xx−5300
fka Patrice Nicole Robinson

260 Village Creek Circle
Apt. H
Winston Salem, NC 27104

    Debtor(s)

**FINAL NOTICE TO DEBTOR(S) OF REQUIREMENT FOR FINANCIAL MANAGEMENT COURSE**

    Pursuant to 11 U.S.C. § 727(a)(11) and Bankruptcy Rule 1007(c), after the filing of the bankruptcy petition, an individual debtor must complete an instructional course concerning personal financial management from an approved agency before the Court can enter an Order of Discharge. Pursuant to a Standing Order of this Court, a debtor who has completed the instructional course may satisfy the requirements of Bankruptcy Rule 1007 (b)(7) by filing a Certificate issued by the agency that provided the instructional course attesting to the completion of the personal financial management course by the debtor. **A review of this case reflects that the Certificate has not been filed in this case.**

    If the required Certificate referred to above is not filed within **fifteen days** from the date of this notice, this case may be closed without the entry of the Order of Discharge, provided there are no pending matters that would prevent or delay the closing. If this occurs, any Motion subsequently filed to reopen the case for the purpose of obtaining a discharge will require a filing fee of $260.

    A list of approved Debtor Education Providers is available on the court's website at www.ncmb.uscourts.gov

Dated: 5/25/10                                               OFFICE OF THE CLERK
                                                                            U.S. BANKRUPTCY COURT